FILED
U.S. DIST. COURT
BRUNSWICK DIV.
2005 JUL -7 P 12: 42
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| BOBBY RAY ALLEN | ) | CIVIL ACTION NO.: CV590-269 |
| LYMAN MORRIS GUY, JR | ) | CV590-270 |
| DAVID GREGORY STEVERSON | ) | CV590-272 |
| GEORGE RONNY HOWELL | ) | CV590-273 |
| JAMES EVERETT GRIFFIN, SR. | ) | CV590-274 |
| TROY ALLEN HICKOX | ) | CV590-275 |
| IDAS RAY SMITH, SR. | ) | CV590-276 |
| HAROLD BAXLEY | ) | CV590-277 |
| VERNON SMITH | ) | CV590-278 |
| THOMAS K. HARRIS | ) | CV590-280 |
| JACK TARPLEY | ) | CV590-281 |
| GLORIA BUTLER | ) | CV591-005 |
| DANNY KIRKLAND | ) | CV591-019 |
| ROBERT ROLLINS, | ) | CV597-076 |
| Plaintiffs, | ) | |
| v. | ) | |
| CSX TRANSPORTATION, INC., | ) | |
| Defendant. | ) | |

## ORDER

Defendant has filed an Omnibus Motion in Limine. (Allen, Doc. 76.) Defendant seeks to exclude evidence of the family circumstances of the plaintiffs, references to other employees' injuries, and the fact that Plaintiffs were covered by the workers' compensation statutes. Additionally, Defendants seeks to exclude references to the relative wealth of

Defendant, punitive comments, lost wages and earning capacities of the Plaintiffs, character evidence, reference to Plaintiffs by their first names or nicknames, that Defendant had no duty to monitor the health of its employees, references to other toxic substances, evidence demonstrative of the work practice evidence, and household exposure evidence. Plaintiffs have filed no response to the motion indicating no opposition thereto. See Local Rule 7.5. Accordingly, Defendant's unopposed motion is **GRANTED**.

**SO ORDERED**, this 7th day of July, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

2

AO 72A
(Rev. 8/82)