IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

GLORIA B. BUTLER,

  Plaintiff,

vs.

CSX TRANSPORTATION, INC.,

  Defendant.

CIVIL ACTION NO.: CV591-005

## ORDER

The captioned case is scheduled for jury selection and trial on December 12, 2005. A list of exhibits which counsel desires to introduce in <u>this</u> case and a designation of deposition testimony sought to be introduced in <u>this</u> case shall be filed by 12:00 noon on December 7, 2005. The list of exhibits and proposed deposition testimony shall be particularized for this case and shall not be a general list of exhibits and deposition testimony which counsel proposes in all asbestos cases regardless of relevance.

Counsel for the parties are hereby directed to confer and engage in **good faith** efforts to resolve objections to exhibits and deposition testimony. The Court shall be advised on or before 12:00 noon on December 8, 2005, as to any remaining objections, if any, to exhibits and deposition testimony in <u>this</u> case. Any objection not so identified shall be deemed abandoned. Each party shall deliver copies of its deposition testimony and documentary evidence, to which objections remain, to the Court at that time.

**SO ORDERED**, this 5th day of December, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)