IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| RICHARD LAMAR CARTER ) | CIVIL ACTION NO.: CV590-276 |
| GEORGE HOWELL ) | CV590-273 |
| VERNON CHARLES SMITH ) | CV590-278 |
| GLORIA BUTLER ) | CV591-005 |
| DANNY KIRKLAND ) | CV591-019 |
| ROBERT ROLLINS ) | CV597-076 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| CSX TRANSPORTATION, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant has filed Objections to Plaintiffs' Exhibits number 24 and 25. (<u>Carter</u> doc. 143.) Those exhibits are purportedly OSHA regulations and/or regulations from the Federal Register. By Order dated December 5, 2005, the parties were directed to deliver to the Court copies of its documentary evidence to which any objections remained no later than December 8, 2005 at 12:00 noon. Plaintiffs have failed to provide copies of Exhibits 24 and 25. As those exhibits have not been delivered to the Court for review, their admissibility can not be determined at this time.

Accordingly, the Court defers ruling on their admissibility until such time as a Plaintiff seeks to introduce them at trial.

**SO ORDERED**, this 9th day of December, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)