IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| GLORIA B. BUTLER, | * | |
| Plaintiff | * | Civil Action No. CV591-005 |
| Vs. | * | |
| CSX TRANSPORTATION, INC., | * | |
| Defendant | * | |

2006 AUG 10 P 3: 05

## DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff and Defendant in the above action, by and through their undersigned attorneys and this action having been amicably resolved between Plaintiff and Defendant, hereby file this Dismissal With Prejudice as to Defendant CSX TRANSPORTATION, INC.

This 7th day of August, 2006.

ROGER B. LANE, ATTORNEY AT LAW, P.C.
Attorney for Plaintiff

By: _____
Roger B. Lane,
State Bar Number: 434950

1601 Reynolds Street
Brunswick, GA 31520
(912) 264-8296

JORDAN & MOSES
Attorneys for Defendant
CSX Transportation, Inc.

By: _____
Randall A. Jordan,
State Bar Number: 404975

1804 Frederica Road, Suite C
P.O. Box 20704
St. Simons Island, GA 31522
(912) 638-0505

SO ORDERED, this 10th day of August, 2006.

_____
MAGISTRATE JUDGE, UNITED STATES DISTRICT COURT